AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT
NOV 04 2013
DAVID J. MALAND, CLERK

|  |  |
|---|---|
| UNILOC USA, INC., et al. | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 6:13-cv-795 |
| KASPERSKY LAB, INC. | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kaspersky Lab, Inc.
c/o: Stephen A. Orenberg
500 Unicorn Park Drive
Woburn, MA  01801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony G. Simon
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO  63101
(314) 241-2929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __10/22/13__      _____
Signature of Clerk or Deputy Clerk

## RETURN of SERVICE

Date of service: October 28, 2013         9:13AM

I this date served a copy of the within summons, together with a copy of the complaint, civil cover sheet, exhibit A, corporate disclosure statement, and report on the filing on determination re. patent in this action, upon the within named defendant, in the following manner:

By serving in hand to Ginger Wilson, office manager and agent authorized to accept service on behalf of Kaspersky Lab, Inc.
Said service was made at 500 Unicorn Park Dr, 3rd fl, Woburn, MA.

Signature: _____ Dated: October 28, 2013
Signed under the penalties of perjury
Michael B. Fixman, Process Server
Address: 72 Hancock St, Everett, MA



# The Simon Law Firm, P.C.
*Attorneys and Counselors at Law*

Carrie L. Roseman
Paralegal
croseman@simonlawpc.com

November 1, 2013

VIA U.S. MAIL

Eastern District of Texas – Tyler
Circuit Clerk's Office
211 West Ferguson, Room 106
Tyler, TX 75702

**Re:** *Uniloc USA, Inc., et al. v. Kaspersky Lab, Inc.*
**Case No. 6:13-cv-795**

Dear Clerk:

Enclosed please find the returns of service/summonses that have been served on the following Defendant(s) for filing:

- Kaspersky Lab, Inc.

If you have any questions, please feel free to contact me at your convenience.

Very truly yours,

Carrie L. Roseman
Paralegal

Enclosures (1)

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

www.simonlawpc.com

Toll Free 877.767.3108
Facsimile 314.241.2029